| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>FOR CALENDAR YEAR 2012 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br>GREGG, JAMES D. | 2. Court or Organization<br>U.S. Bankruptcy Court<br>Western District of Michigan | 3. Date of Report<br>May 6, 2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Bankruptcy Judge<br>(Active until 12-31-12; then recall status) | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☒ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br>1-1-12 to 12-31-12 |
| 7. Chambers or Office Address<br>One Division North<br>Grand Rapids MI 49503 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2013 MAY 13 A 10:08 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GREGG, JAMES D. | May 6, 2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar Wisconsin | 3-1 to 3-3-12 | Kohler WI | Seminar Expense | Mileage, Lodging, Meals |
| 2. | Nat'l Conf. Bankr. Judges | 3-19 to 3-20-12 | Miami Beach FL | Prof. Organization | Transportation, Lodging, Meals |
| 3. | Sacramento Valley Bankr. Forum | 3-22 to 3-25-12 | Sacramento CA | Seminar Expense | Transportation Lodging, Meals |
| 4. | American Bankr. Inst. | 6-7 to 6-9-12 | Acme, MI | Seminar Expense | Mileage, Lodging, Meals |
| 5. | Federal Bar Assn (West. MI) | 7-19 to 7-21-12 | Thompsonville MI | Seminar Expense | Mileage Lodging Meals |
| 6. | Midwest Regional Bankr. Seminar | 8-16 to 8-17-12 | Cincinnati OH | Seminar Expense | Transportation, Lodging, Meals |
| 7. | Nat'l Conf. Bankr. Judges | 10-23 to 10-27-12 | San Diego CA | Prof Meeting + Seminar Expense | Transportation + Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| GREGG, JAMES D. | May 6, 2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GREGG, JAMES D. | May 6, 2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Fifth Third Bank (no stock) Grand Rapid MI (IRA) | A | Int | J | T | Total Withdrawal | 1-18-12 | J | | N/A |
| 2. Independent Bank CDs Rockford MI (checking savings) | A | Int | L | T | | | | | |
| 3. Lake Michigan Credit Union Grand Rapids MI (Savings CD) | A | Int | K | T | | | | | |
| 4. Macatawa Bank Holland MI (CD) | A | Int | J | T | | | | | |
| 5. United Bank Grand Rapids MI (CDs) | A | Int | K | T | | | | | |
| 6. Income Fund America Indianapolis IN (mutual fund) | A | Int | K | T | | | | | |
| 7. Columbia Seligman Comm (Mutual Fund) | A | Int | J | T | | | | | |
| 8. Oppenheimer (previously Acct Wells Fargo) | A | Int | K | T | | | | | |
| 9. Coca-Cola stock | A | Div | J | T | | | | | |
| 10. Nortel Networks stock | A | Div | J | T | | | | | |
| 11. Sysco Corp. stock | A | Div | J | T | | | | | |
| 12. General Electric stock | A | Div | K | T | | | | | |
| 13. Morgan Stanley stock | A | Div | J | T | | | | | |
| 14. Schwab Bank (Money mkt • checking) | A | Int | L | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GREGG, JAMES D | May 6, 2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I "retired" on December 31, 2012. I was appointed by the Sixth Circuit Court of Appeals for an extended recall beginning January 1, 2013 and expiring when my second 14-year term would have expired, i.e May 31, 2015.

See, p. 1 # 4.

I have asked for hard-copy information (filing instructions) and forms. Either this request was over-looked or there may be a new policy for internal filings. I will continue to prepare my own disclosure statements as I did this one.

Also, there is no instruction regarding the number of copies. I therefore have sent this original plus Three (3) copies I did in previous years.

| Name of Person Reporting | Date of Report |
|---|---|
| GREGG, JAMES D. | May 6, 2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FAL:        )R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544